UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JONATHAN ORTEGA PANCARDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00429 |
| | § | |
| TEXAS UTILITY SERVICES LLC; and | § | |
| GABRIEL CARRIZALES, | § | |
| | § | |
| Defendants. | § | |

## DISMISSAL ORDER

The Court now considers Plaintiff's "Notice of Voluntary Dismissal with Prejudice."[1] While Plaintiff has violated this Court's November 12, 2021 order,[2] Plaintiff now "dismisses this case" with prejudice having settled with Defendants.[3] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss his claims without a Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Plaintiff's dismissal was filed before any Defendants' answer or motion for summary judgment, Plaintiff has effectively dismissed this case and no further action by this Court is necessary.[4] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of February 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.

[2] *See* Dkt. No. 8 at 1.

[3] Dkt. No. 10 at 1.

[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).